IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

AUDRA EDWARDS, BRIAN
STONEBRAKER, and VICKIE
HERRINGTON, on behalf of themselves
and all others similarly situated,

    Plaintiffs,

v.                                      Case No. 1:23-cv-65-AW-MAF

LEARFIELD COMMUNICATIONS,
LLC, and SIDEARM SPORTS, LLC,

    Defendants.
_____/

## JUDGMENT

Plaintiffs' claims are dismissed on the merits for failure to state a claim.

                                                        JESSICA J. LYUBLANOVITS
                                                        CLERK OF COURT

July 22, 2024                                    *s/ TiAnn Stark*
Date                                                        Deputy Clerk: TiAnn Stark