## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 22, 2024

Clerk - Northern District of Florida
U.S. District Court
401 SE 1ST AVE STE 243
GAINESVILLE, FL 32601-6895

Appeal Number: 24-12697-AA
Case Style: Audra Edwards, et al v. Sidearm Sports LLC, et al
District Court Docket No: 1:23-cv-00065-AW-MAF

The enclosed copy of the Clerk's Order of Dismissal pursuant to the joint stipulation of the parties to dismiss is issued as the mandate of this court.

Any pending motions are now rendered moot in light of the attached order.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DIS-3 Letter and Entry of Dismissal Vol

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 24-12697-AA

_____

AUDRA EDWARDS,
BRIAN STONEBRAKER,
VICKIE HERRINGTON,
On behalf of themselves and all others similarly situated,

              Plaintiffs - Appellants,

DEREK EDWARDS,

              Plaintiff,

versus

UNIVERSITY OF FLORIDA, et al.,

              Defendants,

SIDEARM SPORTS LLC,
LEARFIELD COMMUNICATIONS LLC,

              Defendants - Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

ORDER: Motion to voluntarily dismiss appeal filed by Appellants Audra Edwards, Brian Stonebraker and Vickie Herrington is GRANTED by clerk. Pursuant to FRAP 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed on this date.

Effective November 22, 2024.

DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

              FOR THE COURT - BY DIRECTION